UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
An Individual Known to the Defendant as )
08~mist096.jpg and 08~mist067.jpg ) **PLAINTIFF'S**
                                        Plaintiff, ) **PROPOSED**
       ) **VOIRE DIRE**
v. )
     ) Index 08-CV-917
Jon David Falso, )
                                        Defendant. )
-------------------------------------------------------------------------------X

1. Are you acquainted with the Defendant or a member of his family?

2. Have you ever been employed by the Defendant in any capacity?

3. Have you or a family member or a close friend or associate ever been accused, charged or convicted of a sex offense?

4. Have you or a family member or a close friend or associate ever been accused, charged or convicted of any offense against a child?

5. Have you or a family member or a close friend or associate ever been the subject of a child abuse or neglect report or a proceeding in family court?

6. Who is familiar with the government's efforts to combat child pornography?

7. For those of you who are familiar with the government's efforts to combat child pornography do you think the government has:

    a. Gone too far

    b. Done about right

    c. Not gone far enough

8. Who thinks physical injuries are more serious than mental or emotional injuries?